CHRISTINE SCHADE *v.* EDGAR W. SCHADE

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 57 (AC 28543), is denied.

SCHALLER, J., did not participate in the consideration of or decision on this petition.

*Edgar W. Schade,* pro se, in support of the petition.

Decided October 30, 2008

STATE OF CONNECTICUT *v.* KENYON L. JOSEPH

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 454 (AC 28999), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Annacarina Jacob,* senior assistant public defender, in support of the petition.

*Robert J. Scheinblum,* senior assistant state's attorney, in opposition.

Decided October 30, 2008